IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

_____

CYRIL B. KORTE, et al.,                          No. 12-3841
        Plaintiffs-Appellants,

      v.

KATHLEEN SEBELIUS, et al.,
        Defendants-Appellees
_____

GROTE INDUSTRIES, LLC, et al.,              No. 13-1077
        Plaintiffs-Appellants,

      v.

KATHLEEN SEBELIUS, et al.,
        Defendants-Appellees
_____

## UNOPPOSED MOTION TO DEFER PROCEEDINGS
## ON BILL OF COSTS

On November 8, 2013, a divided panel ruled in favor of the plaintiffs in

these appeals.  The issues addressed by the panel are the subject of pending

petitions for writs of certiorari.[1]  The *Korte* plaintiffs have submitted a bill of costs.

The government respectfully moves to defer proceedings on costs in these appeals,

pending the Supreme Court's disposition of the petitions and, if certiorari is

_____

[1] *See Sebelius v. Hobby Lobby Stores, Inc.*, No. 13-354 (S. Ct.); *Conestoga Wood Specialties Corp.* v. *HHS*, No. 13-356 (S. Ct.); *Autocam Corp. v. Sebelius*, No. 13-482 (S. Ct.); *Gilardi v. HHS*, No. 13-567 (S. Ct.); *Eden Foods, Inc. v. Sebelius*, No. 13-591 (S. Ct.).

granted, the Supreme Court's decision.  The *Korte* plaintiffs have authorized us to state that this motion is unopposed.

> Respectfully submitted,
>
> MARK B. STERN
> (202) 514-1597
>
> /s Alisa B. Klein
>
> _____
> ALISA B. KLEIN
> (202) 514-1597
> alisa.klein@usdoj.gov
> Attorneys, Appellate Staff
> Civil Division
> U.S. Department of Justice
> 950 Pennsylvania Ave., N.W., Room 7235
> Washington, D.C.  20530

November 15, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2013, I filed and served the foregoing

motion on counsel of record through this Court's CM/ECF system.


/s Alisa B. Klein

_____

Alisa B. Klein